| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | |
| EASTERN DISTRICT OF CALIFORNIA | |
| ANTHONY MANUEL ANGELO SILVA, | Case No. 1:21-cv-01038-SAB |
| Plaintiff, | ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* WITHOUT PREJUDICE AND REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | (ECF No. 2) |
| | TWENTY-ONE DAY DEADLINE |

Plaintiff Anthony Manuel Angelo Silva filed a complaint on July 1, 2021, challenging a final decision of the Commissioner of Social Security denying his application for disability benefits. Plaintiff did not pay the filing fee in this action and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. However, Plaintiff's application states that he owns a home, two cars, and a boat and that his mother is paying his mortgage payment. (ECF No. 2 at 1.) Further, Plaintiff has cash or funds in a bank account. (Id.)

Review of Plaintiff's application does not provide sufficient information for the Court to conclude that he is entitled to proceed in this action without prepayment of fees. The Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis* is DENIED without prejudice;
2. The Clerk of the Court is directed to forward an *in forma pauperis* application (Long Form) to Plaintiff;
3. Within **twenty-one (21) days** of the date of this order, Plaintiff shall either (1) pay the $402.00 filing fee for this action, or (2) file a long form application to proceed *in forma pauperis* without prepayment of the fee; and
4. If Plaintiff fails to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated: **July 2, 2021**

UNITED STATES MAGISTRATE JUDGE

2