# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MANUEL ANGELO SILVA,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:21-cv-01038-SAB<br><br>ORDER RE: STIPULATION EXTENDING BRIEFING SCHEDULE<br><br>(ECF Nos. 12, 13) |

On April 27, 2022, the parties submitted a stipulated request to extend the briefing schedule, which the Court construes as a stipulated motion to modify the scheduling order. (ECF No. 13.) The parties see a thirty-day extension of time to file Plaintiff's opening brief from May 5, 2022, to June 10, 2022. The parties proffer good cause exists because counsel has multiple briefs due the same day as in the instant matter, and counsel seeks to effectively advocate for Plaintiff. The Court is sufficiently satisfied that good cause exists to grant the requested extension.

///

///

///

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall have until **June 6, 2022**, to file Plaintiff's opening brief; and
2. All remaining deadlines as set forth in the amended scheduling order (ECF No. 12) shall be modified accordingly.

IT IS SO ORDERED.

Dated: __**April 27, 2022**__

UNITED STATES MAGISTRATE JUDGE